Document# 22741

**UNITED STATES**
**DISTRICT COURT**
**Southern District of New York**

**Building Service 32BJ Health Fund;**
**Building Service 32BJ Pension Fund;**
**Building Service 32BJ Legal Service**
**Fund; Building Service 32BJ Thomas**
**Shortman Training; et als**

Attorney/Client:
File #
Index # 08 CV 2769
Date Index # Purchased:
Date Affidavit Filed:

*against*

**Skyscraper Cleaning Services of NY Inc.;**      **Affidavit of Service**
**Skyscraper Service Co; and Skyscraper**
**Mechanical Services of NJ Inc.**

I, **Glenn Michael Consor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Fair Lawn, New Jersey.

That on **April 4, 2008** at **9:00 AM**, deponent served the within named **Summons and Complaint** upon **Skyscraper Cleaning Services of NY Inc.**, therein named. Said service was effected at **Skyscraper Cleaning Services of NY Inc., 1 University Plaza , Ste 312, Hackensack, NJ 07601**, in the following manner;

A domestic/foreign corporation , by delivering thereat a true copy of each to **Maria Ventura** personally; deponent knew said corporation so served to be the corporation described as **Skyscraper Cleaning Services of NY Inc.** and knew said individual to be the **Authorized Agent** thereof, an authorized person to accept service of process.

Deponent describes **Maria Ventura** to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female**  Skin: **Hispanic**  Hair: **Brown**  Age(Approx): **25+**
Height.(Approx): **5' 3"**  Weight.(Approx): **100-110 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on
Friday, April 4, 2008

_____
ROBERT H. STALB Notary Public of NEW JERSEY
Commission expires March 14, 2013

_____
Glenn Michael Consor,   Process Server

Samserv Inc.
140 Clinton Street 1st Fl
Brooklyn, NY 11201