Document# 22740

UNITED STATES
DISTRICT COURT
Southern District of New York

**Building Service 32BJ Health Fund;
Building Service 32BJ Pension Fund;
Building Service 32BJ Legal Service
Fund; Building Service 32BJ Thomas
Shortman Training; et als**

*against*

**Skyscraper Cleaning Services of NY
Inc.; Skyscraper Service Co; and
Skyscraper Mechanical Services of NJ
Inc.**

Attorney/Client:
File #
Index # 08 CV 2769
Date Index # Purchased:
Date Affidavit Filed:

**Affidavit of Service**

I, **Glenn Michael Consor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Fair Lawn, New Jersey.

That on **April 4, 2008** at **9:00 AM**, deponent served the within named **Summons and Complaint** upon **Skyscraper Mechanical**, therein named. Said service was effected at **Skyscraper Mechanical, Services of New Jersey Inc., 1 University Plaza, Hackensack, NJ 07601**, in the following manner;

A domestic/foreign corporation , by delivering thereat a true copy of each to **Maria Ventura** personally; deponent knew said corporation so served to be the corporation described as **Skyscraper Mechanical** and knew said individual to be the **Authorized Agent** thereof, an authorized person to accept service of process.

Deponent describes **Maria Ventura** to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female**  Skin: **Hispanic**  Hair: **Brown**  Age(Approx): **25+**
Height.(Approx): **5' 3"**  Weight.(Approx): **100-110 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on
Friday, April 4, 2008

_____
ROBERT H. STALB Notary Public of NEW
JERSEY Commission expires March 14, 2013

_____
Glenn Michael Consor,   Process Server

Samserv Inc.
140 Clinton Street 1ˢᵗ Fl
Brooklyn, NY 11201