Document# 22742

UNITED STATES
DISTRICT COURT
Southern District of New York

**Building Service 32BJ Health Fund;
Building Service 32BJ Pension Fund;
Building Service 32BJ Legal Service
Fund; Building Service 32BJ Thomas
Shortman Training; et als**

*against*

**Skyscraper Cleaning Services of NY
Inc.; Skyscraper Service Co; and
Skyscraper Mechanical Services of NJ
Inc.**

Attorney/Client:
File #
Index # 08 CV 2769
Date Index # Purchased:
Date Affidavit Filed:

**Affidavit of Service**

I, **Glenn Michael Consor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Fair Lawn, New Jersey.

That on **April 4, 2008** at **9:00 AM**, deponent served the within named **Summons and Complaint** upon **Skyscraper Service Co.**, therein named. Said service was effected at **Skyscraper Service Co., , 1 University Plaza Drive, Hackensack, NJ 07601**, in the following manner;

A domestic/foreign corporation , by delivering thereat a true copy of each to **Maria Ventura** personally; deponent knew said corporation so served to be the corporation described as **Skyscraper Service Co.** and knew said individual to be the **Authorized Agent** thereof, an authorized person to accept service of process.

Deponent describes **Maria Ventura** to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female**  Skin: **Hispanic**  Hair: **Brown**  Age(Approx): **25+**
Height.(Approx): **5' 3"**  Weight.(Approx): **100-110 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on
Friday, April 4, 2008

ROBERT H. STAALB Notary Public of NEW
JERSEY Commission expires March 14, 2013

Glenn Michael Consor, Process Server

Samserv Inc.
140 Clinton Street 1st Fl
Brooklyn, NY 11201