SAMSERV, INC. PROCESS SERVICE 140 CLINTON STREET BROOKLYN NY 11201 (718) 875-1133 LICENSE # 0929611

40714

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, BUILDING
SERVICE 32BJ PENSION FUND, ET AL.,

                             **Plaintiffs,**

   -against-

SKYSCRAPER CLEANING SERVICES OF NY, INC.,
SKYSCRAPER SERVICE CO. and SKYSCRAPER
MECHANICAL SERVICES OF NJ, INC.,

                             **Defendants.**
------------------------------------------------------------------------X

Atty : RAAB
Index# 08 CV-2769
D/O/P 03-17-08
**AFFIDAVIT OF SERVICE
(SECRETARY OF STATE )**

STATE OF NEW YORK
COUNTY OF KINGS

_MICHAEL ROTH_ residing in _ALBANY_ COUNTY, being duly sworn, deposes and states that I am over the age of eighteen years, is not a party to this action, and has personal and firsthand knowledge of all matters stated herein.
    That on the _11TH_ day of _APRIL_, 2008, at approximately the time of
_9:20_ am at 41 State Street, Albany, New York  deponent served the within
_X_ SUMMONS IN A CIVIL ACTION AND COMPLAINT _ w/ index #/date endorsed thereon
on _ SKYSCRAPER CLEANING SERVICES OF NY, INC. _ defendant, a domestic corporation, by delivering threat two true copy of each to _ MS. DONNA CHRISTIE _ personally, deponent knew said Corporation so served to be the Corporation, described in same as said defendant and  knew said individual to be the designated clerk for the Secretary of the State of New York thereof to accept.
The description of the individual I served is as follows:
__Male  _X_Female
_X_White Skin  __Black Skin  __Yellow Skin  __Brown Skin  __Red Skin
__Black Hair  __Brown Hair  _X_Blonde Hair  __Gray Hair  __Red Hair  __White Hair
__Balding  __Mustache  __Beard  _X_Glasses
__14-20Yrs  __21-35Yrs  _X_36-50Yrs  __51-65Yrs  __Over 65Yrs
_X_Under 5'  __5'0"-5'3"  __5'4"-5'8"  __5'9"- 6'0"  __Over 6'0"
__Under 100Lbs  _X_100-130Lbs  __131-160Lbs  __161-200Lbs  __Over 200Lbs

**Mailing:** On _ APRIL 11TH , 2008 _
Pursuant to Section 306 of the Business Corporation Law and Section 3215 of the CPLR, I served an additional copy of the papers stated herein by regular mail to:
_ 1 UNIVERSITY PLAZA, STE 312, HACKENSACK, NEW JERSEY, 07601 _ together with a notice that service was made on the Secretary of State, Section 306 of Business Corporation Law.

Sworn to before me this
_11th_ day of _April_, 2008.

WILLIAM MLOTOK
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011